IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRUCE PERRONE, et al.,

          Plaintiffs,

v.	CIVIL ACTION NO. 2:24-cv-00434

CHAIRMAN CHARLOTTE R. LANE,
*in her official capacity*, et al.,

          Defendants.

**ORDER**

Before the Court is the parties' Joint Motion and Stipulation to Extend Answer and Motions Deadline. (ECF No. 13.) The Parties move to extend the deadline for Defendants' answer and motions under Federal Rule of Civil Procedure 12(b) due to a possible issue of service. To resolve this issue, the parties have agreed that service would be waived, and Defendants would be given an extension. For good cause shown, the Court **GRANTS** the motion, (ECF No. 13), and **ORDERS** Defendants to file Defendants' answer and motions no later than **November 4, 2024**.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:      October 4, 2024

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE