**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

BRUCE PERRONE,
ROSANNA LONG, and
SIERRA CLUB,

*Plaintiffs*,

Civil Action No. 2:24-cv-00434

v.

CHAIRMAN CHARLOTTE R. LANE, in her official capacity; COMMISSIONER RENEE A. LARRICK, in her official capacity, and COMMISSIONER WILLIAM B. RANEY, in his official capacity,

*Defendants*.

**PROPOSED MOTION TO DISMISS OF APPALACHIAN POWER COMPANY AND WHEELING POWER COMPANY**

Pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Appalachian Power Company and Wheeling Power Company respectively move the Court to dismiss the complaint filed by Plaintiffs Bruce Perrone, Rosanna Long, and Sierra Club. A supporting memorandum of law is submitted concurrently.

Dated: November 4, 2024

Respectfully submitted,

*/s/ Devon J. Stewart*

Kurt L. Krieger (W. Va. Bar No. 4927)
Devon J. Stewart (W. Va. Bar No. 11712)
S. Caleb Davis (W. Va. Bar No. 13833)
STEPTOE & JOHNSON PLLC
707 Virginia Street East, 17th Floor
Charleston, WV 25301
(304) 353-8000 (Telephone)
(304) 353-8100 (Fax)
devon.stewart@steptoe-johnson.com

*/s/ Matthew E. Price*

Matthew E. Price (PHV No. 56226)
JENNER & BLOCK LLP
1099 New York Ave. N.W. Suite 900
Washington, DC 20001-4412
(202) 639-6000 (Telephone)
(202) 639-6066 (Fax)
mprice@jenner.com

*Counsel for Appalachian Power Company and Wheeling Power Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 4, 2024 *_/s/ Matthew E. Price_*