IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BRUCE PERRONE,
ROSANNA LONG, and
SIERRA CLUB,

      Plaintiffs,

                                        Civil Action No. 2:24-cv-00434

v.

CHAIRMAN CHARLOTTE R. LANE,
in her official capacity, COMMISSIONER
RENEE A. LARRICK, in her official capacity,
and COMMISSIONER WILLIAM B. RANEY,
in his official capacity,

      Defendants.

### **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Zachary C. Schauf of the law firm of Jenner & Block LLP will be substituted as counsel for APCo and WPCo and that Matthew E. Price of Jenner & Block LLP will be withdrawing from representation.

This Notice is filed pursuant to Local Rule 83.4(b) which provides that "[a] party's attorney may withdraw from a case by filing and serving a notice of withdrawal and substitution, effective upon filing, if the notice includes: (1) the withdrawal and substitution will not delay the trial or other progress of the case; and (2) the notice is filed and served at least 90 days before trial." L. R. Civ. P. 83.4(b)(1)-(2).

Both incoming and withdrawing counsel certify that this notice is filed and served more than 90 days prior to trial, which is currently scheduled for October 28, 2025. Moreover, incoming and withdrawing counsel do not believe that this withdrawal and substitution will delay the trial

1

or other progress of the case, as this case is in its early stages with the parties continuing to brief motions to dismiss and the like.

Dated: December 10, 2024

Respectfully submitted,

*/s/ Devon J. Stewart*_____
Kurt L. Krieger (W. Va. Bar No. 4927)
Devon J. Stewart (W. Va. Bar No. 11712)
S. Caleb Davis (W. Va. Bar No. 13833)
STEPTOE & JOHNSON PLLC
707 Virginia Street East, 17th Floor
Charleston, WV 25301
(304) 353-8000 (Telephone)
(304) 353-8100 (Fax)
Kurt.Krieger@steptoe-johnson.com
Devon.Stewart@steptoe-johnson.com
Steven.Davis@steptoe-johnson.com
*Counsel for APCo and WPCo*

*/s/ Matthew E. Price (with e-mail authority)*
Matthew E. Price (PHV No. 56226)
JENNER & BLOCK LLP
1099 New York Ave. N.W. Suite 900
Washington, DC 20001-4412
(202) 639-6000 (Telephone)
(202) 639-6066 (Fax)
mprice@jenner.com
*Counsel Withdrawing for APCo and WPCO*

*/s/ Zachary C. Schauf (with e-mail authority)*
Zachary C. Schauf (PHV No. 56430)
JENNER & BLOCK LLP
1099 New York Ave. N.W. Suite 900
Washington, DC 20001-4412
(202) 639-6000 (Telephone)
(202) 639-6066 (Fax)
zschauf@jenner.com
*Incoming Counsel APCo and WPCo*

24230000.2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                     */s/ Devon J. Stewart*